IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANAISSA B. GERWALD, )
)
    Petitioner, )
)
v. ) CASE NO. CV412-252
) CR411-249
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 43), to which objections have been filed (Doc. 48). In addition, Petitioner has filed a Motion for Extension of Time to file further objections. (Id.) After a careful de novo review of the record, the Court finds Petitioner's objections without merit. Petitioner's Motion for Extension to Time is **DENIED**. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Petitioner's § 2255 motion is **DENIED**.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of April 2014.

*William T. Moore, Jr. (signature)*

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Because Petitioner's § 2255 motion is denied, her Motion to Appoint Counsel (Doc. 50) is **DISMISSED AS MOOT**.